Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>    Plaintiff,<br><br>vs.<br><br>PARK VASONA GAS, INC. dba PARK VASONA CHEVRON aka PARK VASONA CHEVRON AUTO CARE; WILLIAM R. BENEVENTO and BETTY J. BENEVENTO, AS TRUSTEES OF THE WILLIAM & BETTY 1987 TRUST,<br><br>    Defendants. | No. 5:12-cv-05391-RMW<br><br>**STIPULATION AND []**<br>**ORDER MODIFYING DATES IN**<br>**SCHEDULING ORDER ISSUED UNDER**<br>**GENERAL ORDER 56** |

**WHEREAS,** this action was filed by Plaintiff, Robert Kalani ("Plaintiff"), under Title III of the Americans with Disabilities Act of 1990 and as such is governed by the procedural requirements of this Court's General Order 56;

**WHEREAS**, a Scheduling Order under General Order 56 was issued on October 18, 2012 ("the Scheduling Order") requiring that a joint site inspection of the subject property take place on or before January 31, 2013;

**WHEREAS**, the joint site inspection between the parties took place on January 23, 2013, within the time required by the Scheduling Order;

1 **WHEREAS,** pursuant to the Scheduling Order, the in-person meet and confer subsequent to the site inspection is to take place within 28 business days after the site inspection, in this case, March 4, 2013;

4 **WHEREAS,** Plaintiff anticipates receiving the full list of barriers from the consultant within the next few days, but has not yet received such a list from his consultant, and therefore has not yet been able to provide the list of barriers for which he seeks relief to Defendants, Park Vasona Gas, Inc. and William R. Benevento and Betty J. Benevento as Trustees of the William & Betty Benevento 1987 Trust (erroneously sued as Trustees of the William & Betty 1987 Trust) ("Defendants," and together with Plaintiff, "the Parties");

10 **WHEREAS,** the Parties believe that the in-person meet and confer will be most productive if Defendants are provided the list of barriers Plaintiff seeks to have removed from the subject property sufficiently in advance of the meet and confer to permit Defendants to evaluate the requests so that they are prepared to meaningfully and intelligently participate in the meet and confer;

15 **NOW, THEREFORE,** the Parties hereby stipulate and agree as follows:

16 1. The last date for the Parties to meet and confer as required by General Order 56 be extended from March 4, 2013 to March 18, 2013;

18 2. That if the Parties are unable to reach a resolution of the matter on their own, that the last date for Plaintiff to file a Notice of Need for Mediation under General Order 56 be April 18, 2013 to afford the Parties every opportunity to reach a settlement without the expenditure of fees and costs, and the use of judicial resources, which would be required at mediation.

23 **IT IS SO STIPULATED**.

25 Dated: February 15, 2013    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
ROBERT KALANI

STIPULATION AND [] ORDER MODIFYING DATES IN SCHEDULING ORDER ISSUED
UNDER GENERAL ORDER 56

BROWN EASSA & MCLEOD LLP

/s/ Tara K. Clancy
Robert D. Eassa
Tara K. Clancy
Attorneys for Defendants,
WILLIAM R. BENEVENTO and BETTY J. BENEVENTO as Trustees of the WILLIAM & BETTY BENEVENTO 1987 TRUST (erroneously sued as Trustees of the William & Betty 1987 Trust); and PARK VASONA GAS, INC.

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the time for the Parties to meet and confer as required by General Order 56 be extended to March 18, 2013;

**IT IS FURTHER ORDERED** that should the Parties not reach a resolution of this matter prior thereto, that Plaintiff file a Notice of Need for Mediation no later than April 18, 2013.

**IT IS SO ORDERED**.

Dated:＃＃＃＃＃

Ronald M. Whyte
United States District Judge