1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT KALANI,                          ) No. 5:12-cv-05391-RMW
                                           )
12          Plaintiff,                     )
                                           )
13      vs.                                ) **STIPULATION AND []**
                                           ) **ORDER FOR DISMISSAL OF ACTION**
14 PARK VASONA GAS, INC. dba PARK          )
   VASONA CHEVRON aka PARK VASONA          )
15 CHEVRON AUTO CARE; WILLIAM R.           )
   BENEVENTO and BETTY J. BENEVENTO,       )
16 AS TRUSTEES OF THE WILLIAM &            )
   BETTY 1987 TRUST,                       )
17                                         )
            Defendants.                    )
18                                         )
                                           )
19                                         )
                                           )
20                                         )
                                           )
21 _____  )

22

23      IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani ("Plaintiff") and

24 Defendants Park Vasona Gas, Inc., William R. Benevento, Trustee of the William & Betty 1987

25 Trust, and Betty J. Benevento, Trustee of the William & Betty 1987 Trust (collectively

26 "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil

27 Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

28 entirety. Each party is to bear its own attorneys' fees and costs.

1    IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has
2 been settled as between them and all issues and controversies have been resolved to their
3 mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce
4 the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins.*
5 *Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: May 15, 2013					MOORE LAW FIRM, P.C.


						/s/ Tanya E. Moore
						Tanya E. Moore
						Attorney for Plaintiff
						Robert Kalani


Date: May 15, 2013					SEDGWICK, LLP


						/s/ Tara K. Clancy
						Tara K. Clancy
						Attorneys for Defendants
						Park Vasona Gas, Inc.; William R. Benevento,
						Trustee of the William & Betty 1987 Trust; Betty
						J. Benevento, Trustee of the William & Betty 1987
						Trust


**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1.    Plaintiff Robert Kalani and Defendants Park Vasona Gas, Inc., William R. Benevento, Trustee of the William & Betty 1987 Trust, and Betty J. Benevento, Trustee of the William & Betty 1987 Trust shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2.  By consent of Plaintiff Robert Kalani and Defendants Park Vasona Gas, Inc., William R. Benevento, Trustee of the William & Betty 1987 Trust, and Betty J. Benevento, Trustee of the William & Betty 1987 Trust, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3.  Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: _____          /s/ Ronald M. Whyte
                              United States District Court Judge